UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN DEAN BREWER, aka MICHAEL GREEN, Petitioner, v. RAYMOND MADDEN, Respondent. | Case No. 22-cv-02577-WHO (PR) **ORDER OF DISMISSAL** Dkt. Nos. 9 and 10 |
|---|---|

Petitioner Kevin Dean Brewer has not paid the $5.00 filing fee by July 1, 2022 after being ordered to do so. (Order Denying Application to Proceed In Forma Pauperis, Dkt. No. 8.) Accordingly, this federal habeas action is DISMISSED (without prejudice) for failing to pay the filing fee, and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Brewer may file a motion to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by full payment for the $5.00 filing fee.

Brewer's renewed motion to proceed *in forma pauperis* is DENIED. (Dkt. No. 9.) As I determined in a prior order, Brewer's prison trust account statement shows a current balance of $618.93, and an average monthly balance of $386.03. (Dkt. No. 8.)

Brewer's request "for a 14.50," which is a request that the Court issue an Order to Show Cause without payment of the filing fee, is DENIED. (Dkt. No. 10.)

The Clerk terminate all pending motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 27, 2022



WILLIAM H. ORRICK
United States District Judge