UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEAN BREWER, aka MICHAEL GREEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | Case No. 22-cv-02577-WHO (PR)<br><br>**ORDER DENYING MOTION FOR A CERTIFICATE OF APPEALABILITY;**<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Dkt. Nos. 15 and 16 |

　　This habeas action was dismissed because petitioner Kevin Dean Brewer failed to pay the $5.00 filing fee, despite having several hundred dollars in his account. (Order Denying In Forma Pauperis Application, Dkt. No. 8.)

　　Brewer has filed an appeal, a motion for a certificate of appealability (COA), and a motion to proceed *in forma pauperis* (IFP) on appeal. His motion for a COA is DENIED. (Dkt. No. 15.) Brewer has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

　　Brewer's motion to proceed IFP on appeal is DENIED because the appeal is frivolous. (Dkt. No. 16.) Brewer has the funds to pay the filing fee and has not. Furthermore, by way of this habeas action, Brewer is attempting to file an unauthorized second or successive petition regarding the same state court judgment that he has challenged in prior actions. *See Green v. Knipp*, No. 12-cv-01689-WHO; *Brewer v. Perez*,

No. 15-cv-02456-WHO; *Green v. Covello*, 19-cv-00176-WHO; *Brewer v. Warden*, No. 20-cv-03975-WHO; and *Brewer v. Supreme Court of California*, 22-cv-01777-WHO.

The Clerk shall terminate all pending motions, and send a copy of this order to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

**Dated:** December 12, 2022

_____
WILLIAM H. ORRICK
United States District Judge